■ GEORGE S. MOSS, Appellant, v. ROY M. CARSTAIRS, Respondent, et al., Defendants. ROY M. CARSTAIRS, Respondent, v. GEORGE S. Moss et al., Appellants.— Motion by appellant Moss to stay all proceedings by respondent, pending determination of said appellant's motion for reargument or for leave

to appeal to the Court of Appeals, returnable January 30, 1961, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.